**Honorable Robert J. Bryan**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SONJA M. GONZALEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>PIERCE COUNTY, a municipal corporation; et al.,<br><br>  Defendants. | NO. C04-5303 RJB<br><br>STIPULATION AND ORDER EXTENDING THE DEADLINE FOR FILING DISPOSITIVE MOTIONS TO JULY 15, 2005 |

  COME NOW Plaintiff, Sonja Gonzalez, and Defendant Pierce County, by and through their attorneys of record and stipulate to an extension of the deadline to file dispositive motions to July 15, 2005

  The case schedule in this matter sets a deadline for filing dispositive motions as June 28, 2005. Parties have agreed to extend the deadline for filing dispositive motions to July 15, 2005.

  The Court previously granted a joint stipulation between counsel to enlarge the time for the scheduling of depositions to July 1, 2005 to accommodate the schedules of several professional witnesses and counsel. Counsel hereby similarly stipulate and ask the Court

1

grant this request to extend the date by which dispositive motions must be filed.  This request is to accommodate the time required to prepare, receive and meaningfully review transcripts of the last depositions in advance of the filing of dispositive motions.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties through their counsel, as follows:

1. That the deadline for filing dispositive motions be extended to July 15, 2005.
2. All other dates either previously stipulated to or in the Minute Order Scheduling Jury Trial and Pretrial Dates remain the same.

STIPULATED AND AGREED TO this 14th day of June, 2005.

| OFFICE OF THE PROSECUTING ATTORNEY FOR PIERCE COUNTY CIVIL DIVISION | LAW OFFICES OF GRANT & ASSOCIATES |
|---|---|
| s/ Kawyne A. Lund<br>Kawyne A. Lund, WSBA# 19614<br>Attorney for Defendants | s/Artis A. Grant<br>Artis C. Grant, WSBA# 26204<br>Attorney for Plaintiff |

## PROPOSED ORDER

THIS MATTER comes before the court on the above Stipulation of the parties in the above-entitled action for an extension of the deadline for filing dispositive motions.  This court having considered the parties' stipulation and the files herein, it is hereby

ORDERED that the Parties' Stipulation and Order Extending The Deadline For Filing Dispositive Motions To July 15, 2005 is GRANTED. The Deadline to file dispositive motions shall be continued from the current Minute Order date of June 28, 2005 to July 15, 2005.

DATED this 14th day of June, 2005.

/s/ Robert J. Bryan

ROBERT J. BRYAN
United States District Judge