UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SONJA M. GONZALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY, a municipal corporation, et al.,<br><br>        Defendants. | Case No. C04-5303RJB<br><br>ORDER DISMISSING REMAINING STATE CLAIMS |

    This matter comes before the court on the court's order to show cause. Dkt. 38. The court has considered the relevant documents and the remainder of the file herein.

    On August 29, 2005, the court issued an order dismissing with prejudice all federal claims as well as plaintiff's state law claims for false arrest and false imprisonment. Dkt. 38. In that order, the court directed that the parties show cause by September 7, 2005, why the court should not decline to exercise supplemental jurisdiction over plaintiff's state law claims for assault and battery; negligent supervision, training, and hiring; intentional infliction of emotional distress; and negligent infliction of emotional distress. *Id.* In the order, the court informed the parties that, if they failed to respond to the order to show cause, or if they failed to show cause as directed, the court would decline to exercise supplemental jurisdiction over the remaining state law claims, and would dismiss those claims without prejudice. *Id.* Neither party has responded to the court's order to show cause. Accordingly, the court should decline to exercise supplemental jurisdiction over plaintiff's remaining state law claims, and those claims should be dismissed without prejudice to bring the claims in state court.

ORDER
Page - 1

Therefore, it is hereby

**ORDERED** that court **DECLINES** to exercise supplemental jurisdiction over plaintiff's state law claims for assault and battery; negligent supervision, training, and hiring; intentional infliction of emotional distress; and negligent infliction of emotional distress, and those claims are **DISMISSED** without prejudice to bring the claims in state court.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 8th day of September, 2005.

*/s/ Robert J. Bryan*
Robert J. Bryan
U.S. District Judge